

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| CARRIE CHRISTY DELEON | CIVIL ACTION NO. 04-1376 |
|---|---|
| versus | JUDGE WALTER |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

## **JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision to deny benefits is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and this case is **REMANDED** for further proceedings.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 29 day of August, 2005.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE